IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CLINTON HOWARD,

   Plaintiff,

    v.

WARDEN GRAYER,

   Defendant.

CIVIL ACTION FILE
NO. 1:09-CV-1428-TWT

ORDER

    This is a pro se habeas corpus action by a federal prisoner. It is before the Court on the Report and Recommendation [Doc. 9] of the Magistrate Judge recommending denying the Petition. The Petitioner has no due process claim with respect to his medical classification or his transfer to Atlanta. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

    SO ORDERED, this 8 day of March, 2010.

                             /s/Thomas W. Thrash
                             THOMAS W. THRASH, JR.
                             United States District Judge